B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Northern District of Illinois, Eastern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**American Diagnostic Medicine Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**36-3361715** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**167 Oswalt Ave.**<br>**Batavia, IL**<br>ZIP Code **60510** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10) Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **American Diagnostic Medicine Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**American Diagnostic Medicine Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Michael J. Davis**
Signature of Attorney for Debtor(s)

**Michael J. Davis 6197896**
Printed Name of Attorney for Debtor(s)

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**
Telephone Number

**January 28, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Sam Kancherlapalli**
Signature of Authorized Individual

**Sam Kancherlapalli**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January 28, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re  **American Diagnostic Medicine Inc.**                          Case No.
                                     Debtor(s)                        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| ANAMED Engineering Services<br>575 Stumpy Lane<br>Lebanon, TN 37090-5340 | ANAMED Engineering Services<br>575 Stumpy Lane<br>Lebanon, TN 37090-5340 | Trade Debt | Disputed | 34,049.50 |
| BC Technical, Inc.<br>7172 South Airport Road<br>West Jordan, UT 84084 | BC Technical, Inc.<br>7172 South Airport Road<br>West Jordan, UT 84084 | Trade Debt | Disputed | 56,831.25 |
| Butler Pappas Weihmuller Katz Craig,  LLP<br>115 S. LaSalle St., St 3200<br>Chicago, IL 60603 | Butler Pappas Weihmuller Katz Craig,  LLP<br>115 S. LaSalle St., St 3200<br>Chicago, IL 60603 | Trade Debt | Disputed | 75,000.00 |
| Cardinal Health<br>Nuclear Pharmacy Services<br>7000 Cardinal Place<br>Dublin, OH 43017 | Cardinal Health<br>Nuclear Pharmacy Services<br>7000 Cardinal Place<br>Dublin, OH 43017 | Trade Debt | Disputed | 707,606.26 |
| Clausen Miller   P.C.<br>10 South LaSalle Street<br>Chicago, IL 60603-1098 | Clausen Miller   P.C.<br>10 South LaSalle Street<br>Chicago, IL 60603-1098 | Trade Debt | Disputed | 56,245.14 |
| Cray, Kaiser Ltd.<br>1901 South Meyers Road<br>Oakbrook Terrace, IL 60181 | Cray, Kaiser Ltd.<br>1901 South Meyers Road<br>Oakbrook Terrace, IL 60181 | Trade Debt | Disputed | 154,205.00 |
| Fisher & Phillips,  LLP<br>2050 Main Street<br>Irvine, CA 92614 | Fisher & Phillips,  LLP<br>2050 Main Street<br>Irvine, CA 92614 | Trade Debt | Disputed | 26,460.73 |
| Flora Yu<br>50 California St. Fl 35<br>San Francisco, CA 94111 | Flora Yu<br>50 California St. Fl 35<br>San Francisco, CA 94111 | Settlement Agreement | Disputed | 22,000.00 |
| GE Medical Systems<br>P.O. Box 96483<br>Chicago, IL 60693 | GE Medical Systems<br>P.O. Box 96483<br>Chicago, IL 60693 | Trade Debt | Disputed | 26,629.06 |
| Jon Valenton<br>50 California St. Fl 35<br>San Francisco, CA 94111 | Jon Valenton<br>50 California St. Fl 35<br>San Francisco, CA 94111 | Settlement Agreement | Disputed | 22,000.00 |
| Jonathan Singleton<br>50 California St. Fl 35<br>San Francisco, CA 94111 | Jonathan Singleton<br>50 California St. Fl 35<br>San Francisco, CA 94111 | Setlement Agreement | Disputed | 22,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **American Diagnostic Medicine Inc.**                                                     Case No.
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| JONES VARGAS<br>100 West Liberty Street<br>Reno, NV 89504 | JONES VARGAS<br>100 West Liberty Street<br>Reno, NV 89504 | Trade Debt | Disputed | 34,665.36 |
| Leasing Innovations Inc.<br>437 S. Highway St.<br>St. 104<br>Solana Beach, CA 92075 | Leasing Innovations Inc.<br>437 S. Highway St.<br>St. 104<br>Solana Beach, CA 92075 | NV LI 2018 Equipment | | 86,450.00<br><br>(63,632.00 secured) |
| Medx Services Ltd.<br>Dept 20-7004<br>Carol Stream, IL 60197-7004 | Medx Services Ltd.<br>Dept 20-7004<br>Carol Stream, IL 60197-7004 | Trade Debt | Disputed | 30,287.30 |
| Michelle Draper<br>50 California St. Floor 35<br>San Francisco, CA 94111 | Michelle Draper<br>50 California St. Floor 35<br>San Francisco, CA 94111 | Settlement Agreement | Disputed | 58,000.00 |
| National City Capital<br>995 Dalton Ave.<br>Cincinnati, OH 45203 | National City Capital<br>995 Dalton Ave.<br>Cincinnati, OH 45203 | Scanning Equipment at Borgess lee Hospital in Dowagiac, Mi.s. | | 212,019.00<br><br>(89,632.00 secured) |
| National City Capital<br>995 Dalton Ave.<br>Cincinnati, OH 45203 | National City Capital<br>995 Dalton Ave.<br>Cincinnati, OH 45203 | Scanning Equipment at Riverside Medical Center in Waupaca, Wis. | | 285,713.00<br><br>(192,980.00 secured) |
| National City Capital<br>995 Dalton Ave.<br>Cincinnati, OH 45203 | National City Capital<br>995 Dalton Ave.<br>Cincinnati, OH 45203 | Scanning equipment at Paris Community Hospital in Paris, illinois | | 165,761.00<br><br>(74,373.00 secured) |
| Quinn Ranson<br>50 California St. Fl. 35<br>San Francisco, CA 94111 | Quinn Ranson<br>50 California St. Fl. 35<br>San Francisco, CA 94111 | Settlement Agreement | Disputed | 22,000.00 |
| Radiological Physics Service<br>3839 Napier Road<br>Plymouth, MI 48170-5124 | Radiological Physics Service<br>3839 Napier Road<br>Plymouth, MI 48170-5124 | Trade Debt | Disputed | 27,025.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 28, 2011**                        Signature  **/s/ Sam Kancherlapalli**
                                                              **Sam Kancherlapalli**
                                                              **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Absolute Imaging Solutions
P.O. Box 687
Oak Ridge, NC 27310


ADM Imaging
512 Kingsland Drive
Batavia, IL 60510


Advanced Isotopes of Nevada
1090 Desert Inn Road
Las Vegas, NV 89109


AEL Financial
600 N. Buffalo grove Rd.
Buffalo Grove, IL 60089


AFCO
ATTN: PAYMENT PROCESSING
Glenview, IL 60025


Ag Medical Systems, Inc.
13 Prosper Court
Lake In The Hills, IL 60156


Allegra Print & Imaging
859 Oakton Street
Elk Grove Village, IL 60007


ANAMED Engineering Services
575 Stumpy Lane
Lebanon, TN 37090-5340


Anand Kancherlapalli
6792 Graystone Ln.
San Jose, CA 95120


Anand Kancherlapalli
6792 Graystone Ln.
San Jose, CA 95120


Anand Kancherlapalli
6792 Graystone Ln.
San Jose, CA 95120

Anand Kancherlapalli
6792 Graystone Ln.
San Jose, CA 95120


Anand Kancherlapalli
6792 Graystone Ln.
San Jose, CA 95120


Anand Kancherlapalli
6792 Graystone Ln.
San Jose, CA 95120


Anand Kancherlapalli
6792 Graystone Ln.
San Jose, CA 95120


Anand Kancherlapalli
6792 Graystone Ln.
San Jose, CA 95120


Anand Kancherlapalli
6792 Graystone Ln.
San Jose, CA 95120


BC Technical, Inc.
7172 South Airport Road
West Jordan, UT 84084


Biomedical Research Foundation
of Northwest Louisiana
Shreveport, LA 71133-8050


Blue Cross Blue Shield
300 East Randolph Street
Chicago, IL 60601-5099


Bryan Gruenberg
1823 Hickory Hills Drive
Joplin, MO 64801


Buildingstars CHI Operations
11489 Page Service Drive
Saint Louis, MO 63146-3529

Butler Pappas Weihmuller
Katz Craig, LLP
115 S. LaSalle St., St 3200
Chicago, IL 60603


C & G Technologies, Inc
6209 Gheens Mill Road
Jeffersonville, IN 47130


Cardinal Health
7000 Cardinal Pl.
Dublin, OH 43017


Cardinal Health
7000 Cardinal Pl.
Dublin, OH 43017


Cardinal Health
7000 Cardinal Pl.
Dublin, OH 43017


Cardinal Health
7000 Cardinal Pl.
Dublin, OH 43017


Cardinal Health
7000 Cardinal Pl.
Dublin, OH 43017


Cardinal Health
Nuclear Pharmacy Services
7000 Cardinal Place
Dublin, OH 43017


CCA Financial
7275 Glen Forest Dr.
St. 100
Richmond, VA 23226


Citibank
P.O. Box 183173
Columbus, OH 43218-3173

Clausen Miller   P.C.
10 South LaSalle Street
Chicago, IL 60603-1098


Clear Channel Outdoor
P.O. Box 402379
Atlanta, GA 30384-2379


Cole Taylor Bank
9550 W. Higgins Rd.
Des Plaines, IL 60018


Cray, Kaiser Ltd.
1901 South Meyers Road
Oakbrook Terrace, IL 60181


CTS
103 Moveit Drive
Breda, IA 51436


Daimler Chrysler Financial Services
PO 2993
Milwaukee, WI 53201


Diversified Pharmacy
TRIAD  ISOTIPES, INC
Atlanta, GA 30384-2126


Fireman's Fund Insurance
Dept. CH 10284
Palatine, IL 60055


Fisher & Phillips,  LLP
2050 Main Street
Irvine, CA 92614


Flora Yu
50 California St. Fl 35
San Francisco, CA 94111


Florida Health Care News
215 Bullard Parkway
Temple Terrace, FL 33617

Florida Imaging Experts
825 N.W. 57th Court
Fort Lauderdale, FL 33309


Frank Kozak HVAC Inc.
P.O. Box 518
Cedar Key, FL 32625-0518


GE Healthcare
P.O. Box 640200
Pittsburgh, PA 15264-0200


GE Medical Systems
P.O. Box 96483
Chicago, IL 60693


General Electric Capital
PO 414
Milwaukee, WI 53201


General Electric Capital
PO 414
Milwaukee, WI 53201


Genesis Medical Imaging, Inc.
Department 20-5010
Carol Stream, IL 60197-5988


Greenspan & Douglas, Inc
2921 E. Ft. Lowell Road
Tucson, AZ 85716


Group Administrators, Ltd.
915 National Parkway, Suite F
Schaumburg, IL 60173


Healthcare Staffing
File #54318
Los Angeles, CA 90074-4318


Hologic, Inc
P.O. Box 26216
New York, NY 10087-6216

```
J & D  Service Company
P.O. Box 290219
Nashville, TN 37229


John Mahoney
Lawrence, Kamin, Saunders & Uhlenho
300 S. Wacker Dr., St. 500
Chicago, IL 60606


Jon Valenton
50 California St. Fl 35
San Francisco, CA 94111


Jonathan Singleton
50 California St. Fl 35
San Francisco, CA 94111


JONES  VARGAS
100 West Liberty Street
Reno, NV 89504


Kroll, Inc
P.O. Box 202740
Dallas, TX 75320-2740


Law Firm of Dreyer, Foote,
Streit, Fergason & Slocum
Aurora, IL 60506


Leasing Innovations Inc.
437 S. Highway St.
St. 104
Solana Beach, CA 92075


Leasing Innovations Inc.
437 S. Highway St.
St. 104
Solana Beach, CA 92075


Leeper and Leeper
2532 5th Avenue North
Saint Petersburg, FL 33713
```

```
Liberty Property Trust
Donald P. Schoenheider
9700 West Higgins Rd.
Des Plaines, IL 60018


Little  Reid  &  Karzai, LLP
3333 Michelson Drive, Suite 31
Irvine, CA 92612


Marlin Leasing
P.O. 13604
Philadelphia, PA 19101


Maxus Financial
PO 252
Richwood, NJ 08074


Medical Capital Group
321 Rees Drive
King Of Prussia, PA 19406


Medx Services Ltd.
Dept  20-7004
Carol Stream, IL 60197-7004


Meriweather Garing
50 California St. Fl. 35
San Francisco, CA 94111


Michelle Draper
50 California St. Floor 35
San Francisco, CA 94111


National Central Pharmacy
P.O. Box 730614
Dallas, TX 75373-0614


National City Capital
995 Dalton Ave.
Cincinnati, OH 45203


National City Capital
995 Dalton Ave.
Cincinnati, OH 45203
```

```
National City Capital
995 Dalton Ave.
Cincinnati, OH 45203


National City Capital
995 Dalton Ave.
Cincinnati, OH 45203


National City Capital
995 Dalton Ave.
Cincinnati, OH 45203


National City Capital
995 Dalton Ave.
Cincinnati, OH 45203


National City Capital
995 Dalton Ave.
Cincinnati, OH 45203


National City Capital
995 Dalton Ave.
Cincinnati, OH 45203


National City Capital
995 Dalton Ave.
Cincinnati, OH 45203


National City Capital
995 Dalton Ave.
Cincinnati, OH 45203


National City Capital
995 Dalton Ave.
Cincinnati, OH 45203


National City Capital
995 Dalton Ave.
Cincinnati, OH 45203


National City Capital
995 Dalton Ave.
Cincinnati, OH 45203
```

National City Capital
995 Dalton Ave.
Cincinnati, OH 45203

National City Capital
995 Dalton Ave.
Cincinnati, OH 45203

National City Capital
995 Dalton Ave.
Cincinnati, OH 45203

National City Capital
995 Dalton Ave.
Cincinnati, OH 45203

National City Capital
995 Dalton Ave.
Cincinnati, OH 45203

National City Capital
995 Dalton Ave.
Cincinnati, OH 45203

National City Capital
995 Dalton Ave.
Cincinnati, OH 45203

National City Capital
995 Dalton Ave.
Cincinnati, OH 45203

National City Capital
995 Dalton Ave.
Cincinnati, OH 45203

National City Capital
995 Dalton Ave.
Cincinnati, OH 45203

Nationwide Medical Equip Srvcs
638 Mantoloking Road
Brick, NJ 08723

NUMA, Inc.
828 Hemlock Terrace
Deltona, FL 32725


Panasonic Finance Solutions
14592 Collection Center Drive
Chicago, IL 60693-0145


Pharmacy Services of Cedar Rap
Hot Shots Nuclear Medicine
Davenport, IA 52807


Praxair, Inc
P.O. Box 91385
Chicago, IL 60693-1385


Progress Energy Florida, Inc.
P.O. Box 33199
Saint Petersburg, FL 33733-8199


Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874


Quinn Ranson
50 California St. Fl. 35
San Francisco, CA 94111


Radiological Physics Service
3839 Napier Road
Plymouth, MI 48170-5124


Radiopharmacy, Inc.
1409 East Virginia Street
Evansville, IN 47711


ReMedPar
P.O. Box 440340
Nashville, TN 37244-0340


Robert Erskine
50 California St. Floor 35
San Francisco, CA 94111

```
Russell  Triolo
3785 Worthington Place
Southport, NC 28461


Ryder Transportation Services
P.O. Box 96723
Chicago, IL 60693-6723


Sam Kancherlapalli
39W846 N. Robert Frost
Saint Charles, IL 60175


Sam Kancherlapalli
39W846 N. Robert Frost
Saint Charles, IL 60175


Sam Kancherlapalli
39W846 N. Robert Frost
Saint Charles, IL 60175


Sam Kancherlapalli
39W846 N. Robert Frost
Saint Charles, IL 60175


Sam Kancherlapalli
39W846 N. Robert Frost
Saint Charles, IL 60175


Sam Kancherlapalli
39W846 N. Robert Frost
Saint Charles, IL 60175


Sam Kancherlapalli
39W846 N. Robert Frost
Saint Charles, IL 60175


Sam Kancherlapalli
39W846 N. Robert Frost
Saint Charles, IL 60175


Sam Kancherlapalli
39W846 N. Robert Frost
Saint Charles, IL 60175
```

```
Sam Kancherlapalli
39W846 N. Robert Frost
Saint Charles, IL 60175


Sanders Medical Products, Inc
5525 Brown Atkin Road
Knoxville, TN 37919


SCINtillation TECHnologies Inc
1520 Caton Center Drive
Baltimore, MD 21227


Scott Zuber
Day Pitney
One Jefferson rd.
Parsippany, NJ 07054


Siemens Financial
170 Wood Ave. S.
Iselin, NJ 08830


Sierra Radiopharmacy
601 Mill Street
Reno, NV 89502


Southwest Medical Equipment
21900 East 96th Street
Broken Arrow, OK 74014


SPBS Medical Equip Sales & Srv
4315 Ironton Avenue
Lubbock, TX 79407


TGM2
15375 Roosevelt Blvd
Clearwater, FL 33760


Universal Medical Resources
207 Lange Drive
Washington, MO 63090


Veolia
P.O. Box 6484
Carol Stream, IL 60197-6484
```