**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In re: | ) | Chapter: | 11 |
| | ) | | |
| | ) | Case No. | 11 B 3368 |
| American Diagnostic Medicine, Inc., | ) | | |
| | ) | Judge: | Hon. Carol A. Doyle |

### NOTICE SETTING HEARING ON DEBTOR'S MOTION FOR USE OF CASH COLLATERAL AND ENTRY OF FINAL ORDER AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL *RETROACTIVE* TO JANUARY 28, 2011

**TO:    THE TWENTY LARGEST CREDITORS, THE U.S. TRUSTEE AND OTHER PARTIES IN INTEREST**

A MOTION FOR ENTRY OF INTERIM ORDER APPROVING USE OF CASH COLLATERAL AND TO SET HEARING FOR FINAL AUTHORIZATION TO USE CASH COLLATERAL having been heard pursuant to due notice on February 3, 2011 and the INTERIM ORDER APPROVING USE OF CASH COLLATERAL RETROACTIVE TO JANUARY 28, 2011 having been entered pursuant to the preliminary hearing held on February 3, 2011, and continued without objection till April 21, 2011 at 10:30 a.m., notice is hereby given that a final hearing to consider the Debtor's Motion to Use Cash Collateral and the entry of the Final Order Authorizing the Debtor's Use of cash Collateral Retroactive to January 28, 2011 (attached hereto as Exhibit A) shall be held in Courtroom No. 742 in the United States Bankruptcy Court, for the Northern District of Illinois, Eastern Division, located at 2l9 South Dearborn, Chicago, Illinois on April 21, 2011 at 10:30 a.m..
.

The hearing on approval may be continued from time to time by announcement in open court without further written notice.

/s/ Michael J. Davis
Michael J. Davis

Michael J. Davis (#6197896)
Springer, Brown, Covey Gaertner & Davis
400 S. County Farm Rd., St. 330
Wheaton, IL 60187
Ph.    (630)510-0000

### CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Wheaton, Illinois on the 9th day of February 2011.

/s/ Michael J. Davis

### Service List
**11-03368 American Diagnostic Medicine, Inc.**

Patrick S Layng
Office of the U.S. Trustee
219 S Dearborn St , Room 873
Chicago, IL  60604
***(Via Electronic Service)***
USTPRegion11.ES.ECF@usdoj.gov

Joseph D Frank
Frank/Gecker LLP
325 N LaSalle St, Suite 625
Chicago, IL  60654
***(Via Electronic Service)***
jfrank@fgllp.com

Jeremy C Kleinman
Frank/Gecker LLP
325 N LaSalle St, Suite 625
Chicago, IL  60654
***(Via Electronic Service)***
jkleinman@fgllp.com

William J. Serritella, Jr.
Jacqueline M Helmrick
Aronberg Goldgehn
330 N Wabash, Suite 1700
Chicago, IL  60611
***(Via Electronic Service)***
jhelmrick@agdglaw.com

Stephanie Hor
Arlene N Gelman
Vedder Price Kaufman & Kammholz, P.C.
222 N LaSalle St
Chicago, IL  60601
***(Via Electronic Service)***
shor@vedderprice.com

PNCEF, LLC f/k/a National City Commercial Capital Company, LLC
Brad Berish
Erich S Buck
Chad H. Gettleman
Adelman & Gettleman, Ltd.
53 W Jackson Blvd, Suite 1050
Chicago, IL 60604
***(Via Electronic Service)***
bberish@ag-ltd.com
ebuck@ag-ltd.com
cgettleman@ag-ltd.com

Siemens Financial Services, Inc.
Arlene N Gelman
Vedder Price P.C.
222 N LaSalle St, 26th Floor
Chicago, IL 60601
agelman@vedderprice.com

John Mahoney

Lawrence, Kamin, Saunders & Uhlenho
300 S. Wacker Dr., St. 500
Chicago, IL  60606
(Attorney for Cole Taylor Bank)

Scott Zuber
Mike Turner
Day Pitney
One Jefferson Rd
Parsippany, NJ  07054
(Attorney for Cardinal Health)

American Diagnositic Medicine, Inc.
167 Oswalt Ave
Batavia, IL  60510

AEL Financial
600 N. Buffalo grove Rd.
Buffalo Grove, IL  60089

ANAMED Engineering Services
575 Stumpy Lane
Lebanon, TN  37090-5340

BC Technical, Inc.
7172 South Airport Road
West Jordan, UT  84084

Butler Pappas Weihmuller
Katz Craig,  LLP
115 S. LaSalle St., St. 3200
Chicago, IL  60603

Rob Speeney
Cardinal Health
7000 Cardinal Pl.
Dublin, OH  43017

CCA Financial
7275 Glen Forest Dr.,St. 100
Richmond, VA  23226

Clausen Miller   P.C.
10 South LaSalle Street
Chicago, IL  60603-1098

Cole Taylor Bank
9550 W. Higgins Rd.
Des Plaines, IL  60018

Cray, Kaiser Ltd.
1901 South Meyers Road
Oakbrook Terrace, IL  60181

Daimler Chrysler Financial Services
PO 2993
Milwaukee, WI  53201

Fisher & Phillips,  LLP
2050 Main Street

Irvine, CA  92614

Flora Yu
6120 Hillbrook Place
Dublin, CA  94568

GE Medical Systems
P.O. Box 96483
Chicago, IL  60693

General Electric Capital
901 Main Ave
Norwalk, CT  06851-1168

Jon Valenton
129 Serenity Pl.
Milpitas, CA  95035

Jonathan Singleton
PO Box 13
Angels Camp, CA  95222

JONES  VARGAS
100 West Liberty Street
Reno, NV  89504

Leasing Innovations Inc.
437 S. Highway St.
St. 104
Solana Beach, CA  92075

Marlin Leasing
300 Fellowship Rd
Mount Laurel, NJ  8054

Maxus Financial
PO 252
Richwood, NJ  8074

Medx Services Ltd.
Dept   20-7004
Carol Stream, IL  60197-7004

Michelle Draper
1580 Austin Dr.
Dixon, Ca. 95620

National City Capital
995 Dalton Ave.
Cincinnati, OH  45203

Quinn Ranson
234 North 4125 East
Rigby, Idaho 83442

Radiological Physics Service
3839 Napier Road
Plymouth, MI  48170-5124

ReMedPar
101 Old Stone Bridge
Goodlettsville, TN  37072

Robert Erskine
5810 Garden View Way
Salida, CA  95368

Siemens Financial
170 Wood Ave. S.
Iselin, NJ  08830

TGM2
15375 Roosevelt Blvd
Clearwater, FL  33760

Craig Firth Investments
REALTECH Real Estate Services, Inc.
7063 I Commerce Circle
Pleasanton, CA 94588

Tatone Properties Of Florida
PO Box 2495
Ocala Florida, 33478

Liberty Illinois LP
9700 W. Higgins Rd., St. 690
Rosement, Ill 60018