**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| American Diagnostic Medicine, Inc. | Case No. 11-03368 |
| Debtor. | Honorable Carol A. Doyle |
| | Hearing: November 29, 2011 at 10:30 a.m. |

## NOTICE OF SUPPLEMENT TO FINAL FEE APPLICATION OF K&L GATES LLP

PLEASE TAKE NOTICE that on October 18, 2011, K&L Gates filed its **Final Fee Application of K&L Gates LLP as Counsel to the Official Committee of Unsecured Creditors** (the "*Application*"), which is set to be heard on November 29, 2011, at 10:30 a.m., before the Honorable Carol A. Doyle, United States Bankruptcy Judge, in the courtroom usually occupied by her, United States Courthouse, 219 South Dearborn Street, courtroom 742, Chicago, Illinois. After filing the Application, K&L Gates received two invoices from Esquire on account of deposition services rendered in the now-owing aggregate amount of $2,039.71. Accordingly, in addition to the amounts sought in the Application, K&L Gates is seeking allowance and payment of an additional $2,702.09 as actual, reasonable, and necessary expenses. Copies of such invoices are available by contacting the undersigned at jeffrey.heller@klgates.com

Dated: October 21, 2011         **K&L GATES LLP**

                                By:   /s/ Jeffrey M. Heller

                                      Sven T. Nylen (No. 6278148)
                                      Jeffrey M. Heller (No. 6294314)
                                      K&L GATES LLP
                                      70 West Madison Street, Suite 3100
                                      Chicago, Illinois 60602
                                      Telephone: 312.372.1121
                                      Facsimile: 312.827.8000