IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN DIAGNOSTIC MEDICINE, INC., | Case No. 11-03368 |
| Debtor. | Hon. Carol A. Doyle<br>U.S. Bankruptcy Judge |

## NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE that on **Wednesday, September 12, 2012 at 10:30 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the United States Bankruptcy Judge Carol A. Doyle, in Courtroom 742 of the Dirksen Federal Building located at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **THIRD AND FINAL APPLICATION OF ARNSTEIN & LEHR LLP FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES FOR PERIOD MARCH 1, 2012 THROUGH JULY 26, 2012**, at which time and place you may appear as you see fit.

AMERICAN DIAGNOSTIC MEDICINE, INC.
Debtor and Debtor-in-Possession

By:   /s/ Miriam R. Stein
One of its Attorneys

Barry A. Chatz (06196639)
Miriam R. Stein (06238163)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
p. 312-876-7100 – f. 312-876-288

## CERTIFICATE OF SERVICE

I, Miriam R. Stein, an attorney, certify that I caused a copy of this Notice and the document referenced herein to be served on the parties listed on the attached service list via the Court's CM/ECF Notification System or by other means indicated on August 22, 2012.

/s/ Miriam R. Stein

# AMERICAN DIAGNOSTIC MEDICINE, INC.
## 11-03368
## SERVICE LIST

**Electronic Mail Notice List**

Brad A. Berish, Counsel to PNC Equipment Finance, LLC, as successor to PNCEF, LLC, f/k/a National City Commercial Capital Company, LLC
bberish@ag-ltd.com

Abraham Brustein on behalf of Creditor CCA Financial, LLC
abrustein@dimonteandlizak.com, phogan@dimontelaw.com

Erich S. Buck, Counsel to PNC Equipment Finance, LLC, as successor to PNCEF, LLC, f/k/a National City Commercial Capital Company, LLC
ebuck@ag-ltd.com

Barry A. Chatz on behalf of Debtor American Diagnostic Medicine Inc.
bachatz@arnstein.com

Monette Cope, Counsel to Marlin Leasing Corp.
ecfnil@weltman.com

Michael J. Davis mdavis@springerbrown.com  davislaw80@gmail.com

Joseph D. Frank, Counsel to Cardinal Health 414, LLC
jfrank@fgllp.com; ccarpenter@fgllp.com; knewman@menterlaw.com; jkleinman@fgllp.com

Arlene N. Gelman, Counsel to Siemens Financial Services, Inc.
agelman@vedderprice.com

Chad H. Gettleman, Counsel to PNC Equipment Finance, LLC, as successor to PNCEF, LLC, f/k/a National City Commercial Capital Company, LLC
cgettleman@ag-ltd.com

Joshua D. Greene jgreene@springerbrown.com; sellis@springerbrown.com

Jeffrey M. Heller on behalf of K&L Gates LLP
Jeffre.heller@klgates.com ; teresa.gomez@klgates.com

Jacqueline M. Helmrick, Counsel to Cole Taylor Bank
jhelmrick@agdglaw.com; wserritella@agdglaw.com

Stephanie K. Hor-Chen, Counsel to General Electric Capital Corporation and Siemens Financial Services, Inc.
schen@vedderprice.com; shor@vedderprice.com; ecfdocket@vedderprice.com

9774315.1

Steven R. Jakukbowski, Counsel for Sam and Anand Kancherlapalli
sjakubowski@lplegal.com; nbailey@lplegal.com

Vivek Jayaram on behalf of creditor Quinn Ranson
vivek@jayaramlaw.com

Jeremy C. Kleinman, Counsel to Cardinal Health 414, LLC
jkleinman@fgllp.com; ccarpenter@fgllp.com

Patrick S. Layng, Office of the U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Ethan Lipkind on behalf of Creditor Deckerville Community Hospital
elipkind@preservemihealth.org

Monika J. Machen, Counsel to Borgess Lee Memorial Hospital and Feeney-Vaughan Medical Group
mmachen@polsinelli.com

Matthew E. McClintock, Counsel to Official Committee of Unsecured Creditors
mattm@restructuringshop.com; Laurent@restructuringshop.com; amritk@restructuringshop.com

Kevin H. Morse on behalf of Debtor American Diagnostic Medicine Inc.
khmorse@arnstein.com

Kenneth D Peters on behalf of Creditor Texas Leasing Company, LLC
kpeters@dresslerpeters.com rmccandless@dresslerpeters.com

Tucker L. Poling, Counsel to Hospital District No. 1 of Crawford County Kansas d/b/a Girard Medical Center
tpoling@holbrookosborn.com

Mark L. Radtke, Counsel to North Shore Hematology Oncology Associates, P.C.
mradtke@shawgussis.com; bharrington@shawgussis.com

Donna Rizzuto, Counsel to Key Equipment Finance, Inc.
drizzuto@howardandhoward.com

Derek D Samz on behalf of Creditor CCA Financial, LLC
dereksamz@gmail.com, nromando@dimontelaw.com

Miriam R. Stein on behalf of Debtor American Diagnostic Medicine Inc.
mrstein@arnstein.com jbmedziak@arnstein.com

9774315.1

Lauren L. Tobiason on behalf of Creditor Committee of Unsecured Creditors
ltobiason@sabt.com

L. Judson Todhunter, Counsel to Key Equipment Finance, Inc.
JTodhunter@howardandhoward.com

Steven B. Towbin, Counsel to North Shore Hematology Oncology Associates, P.C.
stowbin@shawgussis.com

David A. Wargula, Counsel for Texas Leasing Company, LLC
dwargula@dresslerpeters.com

Scott A. Zuber, Counsel to Cardinal Health 414, LLC
szuber@daypitney.com; scott.zuber@wilsonelser.com


Via Mail

American Diagnostic Medicine, Inc.
Attn: Rick Nassenstein
167 Oswalt Avenue
Batavia, IL 60510\

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn Street, Room 873
Chicago, IL 60604

Matthew E. McClintock
Lauren L. Tobiason
Goldstein & McClintock LLLP
208 S. LaSalle Street, Suite 1750
Chicago, IL 60604

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN DIAGNOSTIC MEDICINE, INC. | Case No. 10-03368 |
| Debtor. | Hon. Carol A. Doyle |
| | Date: Wed., Sept. 12, 2012<br>Time: 10:30 a.m. |

### THIRD AND FINAL APPLICATION OF ARNSTEIN & LEHR LLP FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES FOR PERIOD MARCH 1, 2012 THROUGH JULY 26, 2012

Arnstein & Lehr LLP ("A&L"), counsel for American Diagnostic Medicine, Inc., the reorganized debtor (the "Debtor"), pursuant to 11 U.S.C. §§ 327, 328, 330 and 331, applies to this Court for an entry of an order: (a) allowing as third interim compensation the amount of $62,984.50 for legal services rendered during the period March 1, 2012 through July 26, 2012 ("Third Interim Period") and reimbursement to A&L in the amount of $4,393.20 in expenses; (b) authorizing the Debtor to pay the allowed fees and expenses for the Third Interim Period; and (c) allowing as final compensation in the aggregate amount of $212,169.00 for legal services rendered and $5,247.06 in expenses through confirmation of the Chapter 11 bankruptcy case (August 18, 2011 through July 26, 2012) (the "Application"). In support thereof, A&L states respectfully as follows:

### BACKGROUND

1.  On January 28, 2011 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

2.  Founded in 1984 and based in Batavia, Illinois, the Debtor is an Illinois corporation that provides state of the art imaging technologies to hospitals, clinics, cardiologists, internal medicine groups and other health care providers through the United States. The Debtor

generates revenues through leasing of imaging equipment to its customers, imaging equipment services and other imaging equipment financing arrangements.

3. On March 28, 2011, an Official Committee of Unsecured Creditors (the "Committee") was appointed in the Chapter 11 Case. No trustee or examiner has been appointed in this case.

4. On September 6, 2011, the Court approved the Debtor's retention of Arnstein & Lehr LLP, as substitute counsel for the Debtor. Debtor's prior counsel was Michael Davis and the law firm of Springer Brown Covey Gaertner & Davis, LLC.

5. On July 26, 2012, the Court entered an Order (the "Confirmation Order") confirming the Second Amended Joint Plan of Reorganization of American Diagnostic Medicine, Inc. (the "Plan").

6. During the course of the Chapter 11 case, the Court approved the following fees and expenses on an interim basis for A&L:

| Application Period | Date of Order | Fees Awarded | Expenses Approved |
|---|---|---|---|
| Aug. 18, 2011 to Oct. 31, 2011 | December 8, 2011 | $51,839.50 | $259.40 |
| Nov. 1, 2011 to Feb. 29, 2012 | April 26, 2012 | $97,345.00 | $594.46 |
| | **TOTAL:** | **$149,184.50** | **$853.86** |

7. A&L is holding a retainer in the amount of $37,901.10. A&L is requesting that it be authorized to apply the retainer, and that the Debtor be authorized to pay the remainder of the amount awarded in fees and expenses under this Third Interim and Final Application.

8. A narrative summary of the services rendered by A&L during the Second Interim Period is set forth below. Itemized and detailed descriptions of the specific services rendered by A&L to the Debtor during this period are reflected on the billing statements attached hereto as Exhibits A through H. The billing statements set forth the name of each attorney or paralegal,

ADM – Final Fee Application v.2                     2

the amount of time expended rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

9. The services rendered by A&L during the Second Interim Period have been segregated into eight (8) categories as follows: (A) Case Administration; (B) Employment of Professionals; (C) Financing; (D) Plan/Disclosure Statement; (E) Claims Administration/Creditor Issues; (F) Fee Petition; (G) Litigation; and (H) Deckerville Community Hospital Litigation. There is also an additional 'Expenses' category summarized in Exhibit I. The time expended by each billing professional is set forth below and summarized as follows:

| Attorney / Professional | Specialty | Hours | Hourly Rate 2012 |
|---|---|---|---|
| Barry A. Chatz ("BAC") | Bankruptcy Partner | 2.70 | $595/hour |
| Kevin H. Morse ("KHM") | Bankruptcy Associate | 6.30 | $255/hour |
| Miriam R. Stein ("MRS") | Bankruptcy Partner | 102.80 | $425/hour |
| Brian P. Welch ("BPW") | Bankruptcy Associate | 9.20 | $255/hour |
| George P. Apostolides ("GPA") | Litigation Partner | 6.70 | $395/hour |
| Barry R. Katz ("BRL") | Corporate Partner | 20.70 | $480/hour |
| Konstantinos Armiros ("KA") | Bankruptcy Partner | 1.60 | $565/hour |
| Eric L. Kantz ("ELK") | Corporate Partner | 0.30 | $430/hour |
| Becky L. Sutton ("BLS") | Bankruptcy Paralegal | 0.60 | $200/hour |
| | **TOTAL:** | | |

10. The hourly rates listed above are customary and reasonable and are the same hourly rates charged to A&L's non-bankruptcy clients for various other matters. With respect to this case, A&L has voluntarily kept its hourly rates in 2012 at the same amount as charged in 2011.

11. The fees sought by A&L in each of the aforesaid billing categories are summarized as follows:

| Exhibit | Title of Category | Hours | Amount Sought |
|---|---|---|---|
| A | Case Administration | 10.30 | $3,578.50 |
| B | Employment of Professionals | 5.00 | $1,275.00 |
| C | Financing | 46.80 | $21,373.00 |
| E | Plan/Disclosure Statement | 38.50 | $16,702.50 |
| F | Claims Admin./Creditor Issues | 28.30 | $11,755.50 |
| G | Fee Application | 5.50 | $2,202.50 |
| H | Litigation | 3.70 | $1,198.50 |
| I | Deckerville Community Hospital Litigation | 12.80 | $4,899.00 |
| | **TOTAL:** | **150.90** | **$62,984.50** |
| J | Expenses | | 4,393.20 |
| | **TOTAL FEES AND EXPENSES** | | **$67,377.70** |

12. There has been no duplication of services, either by partners or associates of A&L. When two or more attorneys participated in any activity, such joint participation was necessary as a result of either the complexity of the problems involved or the need to strategize the matters at issue so that each attorney could perform further necessary work. Further, prior to the filing of this Application, A&L has voluntarily written off numerous time entries relating to meetings or court appearances where more than one attorney was present, and for other time spent which A&L felt may be deemed duplicative.

13. The foregoing tasks performed by A&L are divided in each of the listed categories and are summarized as follows:

> **EXHIBIT A – General Case Administration:** This category includes the following: attendance at court hearings and all general court motions, communications and conferences with the Debtor and the Debtor's principal; preparation of the Debtor's monthly operating reports and communications with the U.S. Trustee ("UST") regarding same. A&L spent 10.30 hours of attorney and paralegal time on the foregoing services, as is more fully described in Exhibit A. Said services have a value of $3,578.50 for which A&L is seeking compensation.

| Case Administration | | | |
|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Compensation Sought** |
| MRS | Partner | 5.60 | $2,380.00 |
| KHM | Associate | 4.70 | $1,198.50 |
| **Total** | | **10.30** | **$3,578.50** |

**EXHIBIT B – Employment of Professionals:** This category includes all work relating to retention of special counsel in Nevada to handle collection actions. A&L spent 5.00 hours of attorney and paralegal time on the foregoing services, as is more fully described in Exhibit B. Said services have a value of $1,275.00 for which A&L is seeking compensation.

| Employment of Professionals | | | |
|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Compensation Sought** |
| BPW | Associate | 5.00 | $1,275.00 |
| **Total** | | **5.00** | **$1,275.00** |

**EXHIBIT C – Financing:** This category includes the following: negotiations with Cardinal regarding the Debtor's continue use of cash collateral; communications with Cardinal and Debtor regarding budget issues; attendance at hearings on use of cash collateral; extensive negotiation with Cardinal regarding loan documentation relating to Cardinal's revised secured claim under Plan of Reorganization. A&L spent 46.80 hours of attorney and paralegal time on the foregoing services, as is more fully described in Exhibit C. Said services have a value of $21,373.00 for which A&L is seeking compensation.

| Financing | | | |
|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Compensation Sought** |
| BAC | Partner | .70 | $416.50 |
| BRK | Partner | 20.70 | $9,936.00 |
| ELK | Partner | .30 | $129.00 |
| KA | Partner | 1.60 | $904.00 |
| MRS | Partner | 23.50 | $9,987.50 |
| **Total** | | **46.80** | **$21,373.00** |

**EXHIBIT D -- Plan of Reorganization / Disclosure Statement:** This category includes all work performed in finalizing negotiations with Cardinal and the Committee relating to the completion of the Plan of Reorganization, and all work relating to confirmation of the joint plan. A&L spent 38.50 hours of attorney time on the foregoing services, as is more fully described in Exhibit D. Said services have a value of $16,702.50 for which A&L is seeking compensation.

| Plan of Reorganization / Disclosure Statement | | | |
|---|---|---|---|
| Professional | Position | Hours | Compensation Sought |
| BAC | Partner | 2.00 | $1,190.00 |
| MRS | Partner | 36.50 | $15,512.50 |
| **Total** | | **38.50** | **$16,702.50** |

**Exhibit E – Claims Administration/Creditor Issues:** This category includes all work relating to creditor issues including negotiations with PNC regarding the sale of PNC's equipment in order to reduce indebtedness owed to PNC, rejection of certain leases which were not previously rejected and review of all outstanding leases. A&L spent 28.30 hours of attorney time on the foregoing services, as is more fully described in Exhibit E. Said services have a value of $11,755.50, for which A&L seeks compensation.

| Claims Administration / Creditor Issues | | | |
|---|---|---|---|
| Professional | Position | Hours | Compensation Sought |
| KHM | Associate | 1.60 | $408.00 |
| MRS | Partner | 26.70 | $11,347.50 |
| **Total** | | **28.30** | **$11,755.50** |

**EXHIBIT F – Fee Petition:** This category includes review of Committee's fee applications and preparation of fee applications for A&L. A&L spent 5.50 hours of professional time on the foregoing services, as is more fully described in Exhibit F. Said services have a value of $2,202.50, for which A&L is seeking compensation.

| Fee Petition | | | |
|---|---|---|---|
| Professional | Position | Hours | Compensation Sought |
| MRS | Partner | 4.90 | $2,082.50 |
| BLS | Paralegal | 0.60 | $120.00 |
| **Total** | | **5.50** | **$2,202.50** |

**EXHIBIT G – Litigation:** This category includes all time spent relating to ongoing litigation matters including seeking default judgment against John Valenton. A&L expended 3.70 hours of professional time on the foregoing services, as is more fully described in Exhibit G. Said services have a value of $1,198.50 for which A&L is seeking compensation.

| Litigation | | | |
|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Compensation Sought** |
| BPW | Associate | 2.20 | $561.00 |
| MRS | Partner | 1.50 | $637.50 |
| **Total** | | **3.70** | **$1,198.50** |

**EXHIBIT H – Deckerville Community Hospital Litigation:** This category includes all time spent relating to ongoing litigation against Deckerville Community Hospital. A&L expended 12.80 hours of professional time on the foregoing services, as is more fully described in Exhibit H. Said services have a value of $4,899.00 for which A&L is seeking compensation.

| Litigation | | | |
|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Compensation Sought** |
| GPA | Partner | 6.70 | $2,646.50 |
| MRS | Partner | 4.10 | $1,742.50 |
| BPW | Associate | 2.00 | $510.00 |
| **Total** | | **12.80** | **$4,899.00** |

**Exhibit I – Expenses:** Exhibit I lists expenses, such as copying costs at 10¢ per page, appearance fee and special delivery charges. A&L has voluntarily reduced its copying charges from $.20 per page to $.10 per page. A&L seeks $4,393.20 in expenses.

14.     A&L respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the quality and skill which the situation required, and the costs of comparable services in other cases under Chapter 11, and that time has been fairly and properly expended.

15. A&L expended a total of 150.90 hours for the services provided to the Debtor. Based on the hourly charges of A&L set forth above, A&L requests that the Court determine and allow it $62,984.50 as compensation and $4,393.20 for the reimbursement of reasonable out-of-pocket expenses pursuant to Section 330 and 331 of the Bankruptcy Code.

16. Additionally, A&L requests final approval of all A&L fees and expenses in the Debtor's Chapter 11 case. The aggregate fees and expenses sought by A&L for approval are summarized as follows:

| Application Period | Fees Awarded | Expenses Approved |
|---|---|---|
| First Interim Application (8/18/11 – 10/31/11) | $51,839.50 | $259.40 |
| Second Interim Application (11/1/11 – 2/29/12) | $97,345.00 | $594.46 |
| Third Interim (fees requested but not yet approved) (3/1/12 – 7/26/12) | $62,984.50 | $4,393.20 |
| | **$212,169.00** | **$5,247.06** |

17. Based on the hourly charges of A&L set forth above and in the prior fee applications, A&L requests pursuant to Section 330 of the Bankruptcy Code that the court allow it $212,169.00 as final compensation and $5,247.06 for reimbursement of reasonable out of pocket expenses for the period of August 18, 2011 through July 26, 2012.

18. A&L respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the quality and skill which the situation required, and the costs of comparable services in other cases under Chapter 11, and that time has been fairly and properly expended.

19. A&L is holding $37,901.10 paid by the Debtor as a retainer in this case. The Debtor is seeking authority to apply the retainer funds to on hand and authority for the Debtor to pay the remainder of the fees and expenses awarded for the Third Interim and Final Period.

ADM – Final Fee Application v.2      8

20. A copy of the Application has been sent to the Debtor and all parties receiving notice by the Court's ECF system, including the United States Trustee and counsel for the Official Committee of Unsecured Creditors. Notice of the Application and hearing date has been sent to all creditors of the estate and all parties entitled to notice.

WHEREFORE, Barry A. Chatz, Miriam R. Stein and the law firm of Arnstein & Lehr LLP, respectfully request that the Court enter an Order:

A. Awarding it $62,984.50 as third interim compensation and $4,393.20 in reimbursement of expenses for the period of March 1, 2012 through July 26, 2012 as set forth herein pursuant to Bankruptcy Code Section 330 and 331;

B. Awarding A&L the aggregate amount of $212,169.00 as final compensation and $5,247.06 in reimbursement of expenses for the period of August 18, 2011 through July 26, 2012 as set forth herein pursuant to Bankruptcy Code Section 330;

C. Authorizing A&L to apply the retainer on hand to the fees and expenses allowed;

D. Authorizing the Debtor to pay the remainder of the fees and expenses allowed; and

E. Granting such other and further relief as the Court deems just and proper.

ARNSTEIN & LEHR LLP

By: ___/s/ Miriam R. Stein___
One of its Attorneys
Miriam R. Stein (#06238163)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288

10317774.1

ADM – Final Fee Application v.2                    9