UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-03368 |
| American Diagnostic Medicine, Inc. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Carol Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**FINAL DECREE CLOSING CHAPTER 11 CASE**

THIS CAUSE COMING TO BE HEARD on the Debtor's Motion for entry of a final decree and an order closing this chapter 11 case pursuant to 11 U.S.C. 350 and Rule 3022 of the Federal Rules of Bankruptcy Procedure, and to limit notice thereof; the Court finding that due and proper notice has been given and that limited notice is appropriate for the reasons stated in the motion; and the Court finding that the case has been fully administered;

NOW, THEREFORE, IT IS ORDERED that:

1. A final decree is entered and the chapter 11 case of the Debtor is hereby closed.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  March 18, 2015

**Prepared by:**

Steve Jakubowski (IL 6191960)
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle Street, Suite 3300
Chicago, IL 60601
Tel: 312/456-0191